IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| LI SHENG DING, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 4:17-cv-0993-LSC-JEO |
| JEFF SESSIONS, U.S. Attorney General, ) | |
| et al., ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM OPINION**

This is a habeas corpus action under 28 U.S.C. § 2241, filed by Petitioner Li Sheng Ding, *pro se*. Petitioner challenges the legality of his continued detention by Immigration and Customs Enforcement ("ICE") authorities pending his removal from the United States under the Immigration and Nationality Act. (*See* Doc. 1). The cause now comes to be heard on Respondents' motion to dismiss the action as moot, on the ground that Petitioner has been released from ICE custody. (Doc. 3). As explained below, the court concludes that the motion is due to be granted.

Respondents' motion is supported by a declaration by a Supervisory Detention and Deportation Officer who states that Petitioner was released from ICE custody under an order of supervision on June 27, 2017. (Doc. 3-1). As a result, Petitioner's habeas corpus claim for release under an order of supervision or for repatriation is

moot because the court can no longer provide meaningful relief. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003); *Soliman v. United States ex rel. INS*, 296 F.3d 1237, 1242-43 (11th Cir. 2002). Respondents' motion is due to be granted and this action is due to be dismissed. A separate Final Order will be entered.

Done this 10th day of July 2017.

L. Scott Coogler
United States District Judge

[160704]